IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. **B-13-518** |
| **Adrian Garcia-Sanchez** | § | |

## ORDER

BE IT REMEMBERED on this **15th** day of **August**, 2013, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **July 23, 2013**, wherein the defendant **Adrian Garcia-Sanchez** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Adrian Garcia-Sanchez** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Adrian Garcia-Sanchez guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of a felony, in violation of 8 U.S.C. § 1326(a) and (b)(1).**

SIGNED this the **15th** day of **August**, 2013.

Hilda G. Tagle
Senior United States District Judge